UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FRANK FRAIOLI, JR., D.O. and
LOUIS FRAIOLI

    v.                                    C.A. No. 02-263L

ALFRED LEMCKE, III, JOHN
HANCOCK LIFE INS. CO., SIGNATOR
INVESTORS, INC. THE MONY GROUP, INC.
MONY SECURITIES CORP., MML
INVESTORS SERVICES, INC. and Boston
Partners Association

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment** shall enter for the defendants The Mony Group, Inc., Mony Securities Corp., MML Investors Services, Inc. and Boston Partners Association

**Default Judgment** shall enter for the plaintiffs against the defendant Alfred M. Lemcke, III in the amount of $987,757.00 plus interest in the amount of $293,240.22 (12% per anum from 6/5/02 to 11/23/04, for a total judgment of $1,280,997.22.

*[signature]*
Deputy Clerk
November 23, 2004

132